**Order filed November 16, 2017.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-17-00789-CR

———————

**ALBERTO J CELARIE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Cause No. 1503899**

## ORDER

Appellant filed a notice of appeal on August 21, 2017 appealing trial court cause numbers 1503899 and 1504399. Appellant indicates trial court cause number 1503899 involved a conviction for felon in possession of a firearm. A review of the record before this court indicates that trial court cause number 1503899 involved a charge of possession of a controlled substance and was dismissed as appellant was convicted in trial court cause numbers 1503898 and 1504399. As the notice of appeal references a conviction for felon in possession of a firearm, not dismissal of

a charge for possession of a controlled substance, the notice of appeal may contain a defect.

Appellant is requested to determine if the notice of appeal contains a defect. If the notice of appeal is defective, appellant is requested to file an amended notice of appeal with this court on or before **December 15, 2017**. *See* Tex. R. App. P. 37.1; *Few v. State*, 230 S.W.3d 184, 190 (Tex. Crim. App. 2007).

If appellant fails to file anything in response to this order on or before **December 15, 2017**, we will proceed based on the record before this court related to trial court cause number 1503899.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Donovan.